Lamoille County Sheriff's Department
PO Box 96, Hyde Park, Vt. 05655

STATE OF VERMONT
LAMOILLE COUNTY, S.S.

| Return of Service |

CIVIL ACTION
Docket No: 2:21-cv-196

RODNEY, JOSEPH ET AL -- Plaintiff

PROCESS #   2021-0405

VS.

CASELLA WASTE SYSTEMS, INC. -- Defendant
(LastName, FirstName or Business Name)

On the __31__ Day Of:  ( ) January    ( ) April    ( ) July      ( ) October
                        ( ) February   ( ) May     (✓) August    ( ) November
At: __1019__ hrs.       ( ) March      ( ) June     ( ) September ( ) December    2021

I made service of the following document(s) upon   Defendant: CASELLA WASTE SYSTEMS, INC.
                                                          (LastName, FirstName or Business Name)
17 G.W. Tatro Drive
by delivering a copy of same to:   CT CORP. SYSTEM AGENT
                                      (LastName, FirstName or Business Name)
At: Jeffersonville, Vermont.  *Served Steven Bredice for CT Corp*

( ) or a person of sufficient age and discretion and resident thereof.

Of The Following Documents:    Class Action Complaint
                               Summons
                               Demand for Jury Trial
                               Magistrate judge Assignment Form

Or:  _____

( ) I made a diligent search within the county for the defendant(s) and am unable to locate the
same; therefore the documents were NOT served.
        (If Checked the Defendant was NOT served.)

Service Fee:  $ 0.00
Mileage Fee:  $ 17.92
Postage Fee:  $ .55
     Total:   $ 68.47

                                          _____
                                          Deputy Sheriff

WHITE - Original          YELLOW - Office          PINK-Defendant

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Vermont

| | |
|---|---|
| JOSEPH WILSON RODNEY, JR. and ROSEMARIE SIBLEY, Individually and on behalf of all others similarly situated | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. 2:21-cv-196 |
| | ) |
| CASELLA WASTE SYSTEMS, INC. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CT Corporation Systems
                                    17 G W Tatro Drive
                                      Jeffersonville, VT 05464

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Tristan Christopher Larson, Esq.
                                           LARSON & GALLIVAN LAW, PLC
                                           128 Merchants Row, Suite 405
                                           Rutland, VT 05701
                                           (802)779-9771
                                           larson@larsongallivan.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    8/18/21                                                 _____
                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2: 21-cv- 196

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SERVERD STEVEN BREDICE FOR CTCorp

was received by me on *(date)* 8/31/21 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 8/31/21

_____
*Server's signature*

DAVID GAGNIER  Deputy Sheriff 404
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: