# UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT
## RUTLAND DIVISION

| | | |
|---|---|---|
| **JOSEPH WILSON RODNEY, JR.,** *et al.* | § | |
| **Individually and on behalf** | § | **Civil Action No. 2:21-CV-196-CR** |
| **of all others similarly situated,** | § | |
| | § | |
| *Plaintiffs*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| **v.** | § | |
| | § | **COLLECTIVE ACTION** |
| **CASELLA WASTE SYSTEMS, INC.** | § | **PURSUANT TO 29 U.S.C. § 216(b)** |
| | § | |
| *Defendant.* | § | **FRCP 23 CLASS ACTION** |

## INDEX OF EXHIBITS

Pursuant to the Administrative Procedures for Electronic Case Filing (L)(1), included below is the index of documents filed as exhibits to Plaintiffs' Opposed Motion for Conditional Certification and Notice to Putative Class Members, ECF No. 29.

| Exhibit Number | Description |
|---|---|
| Exhibit 1 | Declaration of Kristie Cimo |
| Exhibit 2 | Declaration of Anthony Corey |
| Exhibit 3 | Declaration of Michael Gonzales |
| Exhibit 4 | Declaration of John Hogan |
| Exhibit 5 | Declaration of Keith Odell |
| Exhibit 6 | Declaration of Dale Philibotte |
| Exhibit 7 | Declaration of Joseph Wilson Rodney, Jr |
| Exhibit 8 | Declaration of Rosemarie Sibley |
| Exhibit 9 | Declaration of Anthony Soto |
| Exhibit 10 | Declaration of Joseph Stacey |
| Exhibit 11 | Declaration of Joseph Thibodeau |
| Exhibit 12 | Declaration of Kenneth Webb |
| Exhibit 13 | Declaration of Kenneth Messom |
| Exhibit 14 | Proposed Notice and Consent Form |