# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| JOSEPH WILSON RODNEY, JR., ROSEMARIE SIBLEY, and KENNETH MESSOM, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CASELLA WASTE SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 2:21-cv-196 |

## DISCOVERY CERTIFICATE

I hereby certify that on November 10, 2022, I served via email the following document(s) to the parties of record as follows:

- **Defendant's First Set of Interrogatories, Requests to Produce, and Requests to Admit to Kenneth Messom;**

- **Defendant's First Set of Interrogatories, Requests to Produce, and Requests to Admit to Rosemarie Sibley; and**

- **Defendant's First Set of Interrogatories, Requests to Produce, and Requests to Admit to Joseph Rodney, Jr.**

| | |
|---|---|
| Tristan Christopher Larson, Esq.<br>larson@larsongallivan.com | Clif Alexander, Esq.<br>clif@a2xlaw.com |
| | Austin W. Anderson, Esq.<br>austin@a2xlaw.com |
| | Alan "Cliff" Gordon, Esq.<br>cgordon@a2xlaw.com |
| | Carter T. Hastings, Esq.<br>carter@a2xlaw.com |

{B2598396.1 12470-0024}

Dated at Burlington, Vermont this 10th day of November 2022.

By: */s/ Justin B. Barnard*
Ritchie E. Berger, Esq.
Justin B. Barnard, Esq.
Anne B. Rosenblum, Esq.
Haley Peterson, Esq.
DINSE P.C.
209 Battery Street
Burlington, VT  05401
(802) 864-5751
rberger@dinse.com
jbarnard@dinse.com
arosenblum@dinse.com
hpeterson@dinse.com

*Counsel for Defendant Casella Waste Systems, Inc.*